No. 370. Poss *v.* Ribicoff, Secretary of Health, Education, and Welfare, *ante,* p. 902. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

January 11, 1962.

No. 648, Misc. Winefield *v.* New York et al. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

January 15, 1962.

No. 439. United States *v.* Borden Company et al. Appeal from the United States District Court for the Northern District of Illinois. (Probable jurisdiction noted, *ante,* p. 924.) The motions of the Borden Company and the Bowman Dairy Company that separate records be printed are denied. In so far as the motions request the filing of separate briefs and separate hearings on the merits, the motions are granted. *Stuart S. Ball* for the Borden Company, and *L. Edward Hart* and *John Paul Stevens* for the Bowman Dairy Company, movants. Reported below: —— F. Supp. ——.

No. 643. Bailey et al. *v.* Patterson, Attorney General of Mississippi, et al. Appeal from the United States District Court for the Southern District of Mississippi. Motion for order limiting the time permitted to file motion to dismiss or affirm, advancing the argument on appeal, etc., denied. *Constance Baker Motley, Jack Greenberg, James M. Nabrit III* and *R. Jess Brown* on the motion. *Thomas H. Watkins* for the City of Jackson et al., appellees, in opposition.